Rcpt No: 150011626



Drafted: July 6th, 2024
International commons
Michigan state
Wayne county

# UNITED STATES DISTRICT COURT OF MICHIGAN
## EASTERN DISTRICT

TIMOTHY ANTOINE LAMITIER, an individual )
*pro se* )
c/o Timothy-Antoine of Lamitier family, a man )
Post Office Box 4510 )
Troy, Michigan U.S.A. [48099] )
lamitierwi@gmail.com )
313-960-2132 )
      "**Plaintiff**" )
v. )
   )
**CITY OF ROYAL OAK**, principal )
203 S TROY ST )
ROYAL OAK, MI 48067 )
248-246-3000 )
  )
**ROYAL OAK POLICE**, principal agent )
**OFFICER ANGELA DORTCH PSA**, as agent )
450 East Eleven Mile Road )
ROYAL OAK, MI 48067 )
248-246-3500 )
  )
**JUDICIARY COURTS OF THE STATE OF** )
**MICHIGAN** doing business as: )
**44TH DISTRICT COURT**, principal )
**JUDGE DONALD R. CHISHOLM**, as agent )
**CLERK TAMARA BONÉ**, as agent )
400 East Eleven Mile Road )
ROYAL OAK, MI 48068 )
248-246-3600 )
    "**Defendants**" )
  )
Defendants Attorney of Record )
NICCOLAS GROCHOWSKI )
203 S TROY ST )
ROYAL OAK, MI 48067 )
Niccolas.grochowski@romi.gov )
248-246-3240 )

Case: 2:24-cv-12105
Assigned To : McMillion, Brandy R.
Referral Judge: Patti, Anthony P.
Assign. Date : 8/12/2024
Description: CMP LAMITIER V.  CITY OF ROYAL OAK
ET AL (DA

## COMPLAINT:

## CLAIM OF TORTIOUS INTERFERENCE

UNIDROIT PRINCIPLES 2016

U.S. CONSTITUTION

5 U.S.C.    §552a

18 U.S.C.    §3
               §4
               §241
               §242
               §287
               §371
               §641
               §876
               §1001
               §1341
               §1505
               §1506

## Notice To Principal Is Notice To Agent. Notice To Agent Is Notice To Principal.

I, TIMOTHY ANTOINE LAMITIER, in consideration with the accompanying "AFFIDAVIT OF TRUTH" dated August _12th_ 2024, affirm and declare as under that:

## Sec. 1 PURPOSE

The action initiated by this civil complaint is established for cause of fraud and extortion committed by actors subject to international law and the "Constitution for the united States of America", hereinafter "Constitution", and pursuant to Rule 2 of "RULES OF CIVIL PROCEDURE FOR THE UNITED STATES DISTRICT COURTS"; that it may provide lawful resolution including remedies and penalties for violations of law in damages of sums certain ordered to the Plaintiff.

## Sec. 2 JURISDICTION

(a) Whereas,
(1) a CONGRESS OF THE UNITED STATES, hereinafter "Congress", has original jurisdiction of matters affecting interstate commerce; and

(2) Plaintiff has sustained injury by violation of his rights secured to it by the of the laws of the UNITED STATES in interstate commerce; and

(3) a civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in **44TH DISTRICT COURT**, where it was given case number **23P723543OK** and was assigned to Judge **DONALD R. CHISHOLM**. The action is no longer pending; and

(4) pursuant to 5 U.S.C. §552a(g), (1) and (5), the district courts of the UNITED STATES have jurisdiction, de novo:

(b) Plaintiff declares this complaint to be a question of Federal subject matter jurisdiction.

## Sec. 3 BRIEF

Considering **Defendants** delegation of authority, which can only be exercised on the basis of valid contracts, regulation, and matters of public safety, Plaintiff is the victim of a conspiracy constituting fraud and extortion by the actions of **Defendants**. Plaintiff expressly rejected the unconscionable proposals by the **Defendants**, which was intended to be re-presented as a monetary demand of lawful authority, but in reality is, in deed, an unlawful threat of financial injury. As result of actions by **Defendants**, Plaintiff is subject to a lien validated by the administration of **44th DISTRICT COURT**, without proper service of claim or otherwise due process, which was then submitted to the **STATE OF MICHIGAN** (recipient agency) with the expectation of satisfaction of the lien. Plaintiff

alleges Constitutional and civil rights violations and violations of international contract law against **Defendants** for actions or omissions taken while holding public offices of trust and profit under them. Plaintiff also alleges violations of the "Administrative Procedure Act"; enacted to improve the administration of justice by prescribing fair administrative procedure, including the maintenance of private records; the use of which in this controversy was for a purpose not permissible under **Defendants** lawful delegation of authority.

**Sec. 4 <u>FACTS</u>**

**(a) ROYAL OAK POLICE, Defendant,** is a branch of the private legal fiction entity, **CITY OF ROYAL OAK;** granted its delegation of authority (de facto) by STATE OF MICHIGAN, with a Dun & Bradstreet, hereinafter "D-U-N-S", designation of \*\*\*-\*\*-6752. This organization operates as a government controlled corporation on Michigan land within Township 1 North Range 11 East, under the presumption of public safety amongst the Michigan public. This entity has a substantial collaborative history with **44TH DISTRICT COURT.**

(1) In general.
**ROYAL OAK POLICE** (source agency), through its agents, including **ANGELA DORTCH**, knowingly and willingly acted with intent as informant, and:

(A) produced or caused to be produced, by United States Post Office "First-Class" mail, on three (3) separate occasions, unconscionable proposals intended to be construed (as evidenced in subsequent actions in the conspiracy) as a binding written monetary demand for pre determined amount, transmitted under the color of law and appearance of authority for the purpose of collecting a profit.

(B) while in the duty of public service, maintained or caused to be transmitted, personal records pertaining to Plaintiff, including photographs of personal identifiers, to **44th DISTRICT COURT** (recipient agency) without the prior written consent of the claimant, for the purpose of conspiring with **CITY OF ROYAL OAK** to financially injure and extort Plaintiff for profit.

(2) Specifically, in accordance with UNITED STATES law, actions of this nature constitute the following violations:
(A) **COUNT 1.** An attempt of robbery and extortion under appearance of authority which violates T18 U.S.C. § 1951.
    Through its agents, **ROYAL OAK POLICE** intentionally obstructed and affected the movement of Plaintiff in commerce by obtaining the identifiers of the Plaintiff and causing to be forged, an unconscionable contract for profit, without Plaintiff's prior written consent, and after written rejection was expressed by Plaintiff. Through its agents, **ROYAL OAK POLICE** with **CITY OF ROYAL OAK**, knowingly and willingly conspired to commit

financial injury and extortion, forcing Plaintiff into the jurisdiction of **Defendants** by causing to be produced what is intended to be represented as a threat of lawful force (proven by subsequent actions of **Defendants**) which would yield financial injury and injury of Plaintiffs commercial reputation, under appearance of official right. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000.

(B) a conspiracy to defraud by mail and production of false entry, in violation of the UNITED STATES CODE:

> (i) **COUNT 2.** Title 18 §1001 "Statements or entries generally". Through its agents, ROYAL OAK POLICE acting together with CITY OF ROYAL OAK, knowingly and willingly caused to be produced a materially false representation, in writing, in order to extort Plaintiff under color of law, by production of a materially false entry which causes materially false records about Plaintiff to be publicly and consistently broadcasted, which is damaging to the reputation of the Plaintiff. This offense is defined as a Class D Felony, punishable by the sentence of a fine up to $500,000.

> (ii) **COUNT 3.** Title 18 §1341 "Frauds and swindles". Through its agents, **ROYAL OAK POLICE** acting together with **CITY OF ROYAL OAK**, knowingly, willingly, and intentionally devised a scheme to obtain money by means of false or fraudulent pretenses and re-presentations, and placed or caused to be placed in a post office or authorized depository for mail matter, three (3) articles to be delivered by the Postal Service, addressed to Plaintiff, in furtherance of said scheme. This offense is defined as a Class C Felony, punishable by the sentence of a fine up to $500,000 each, for a maximum of One million five hundred thousand dollars.

(C) a conspiracy to violate Plaintiffs civil rights under the color of law, in violation of

> (i) **COUNT 4.** 18 U.S.C. §241. **ROYAL OAK POLICE** together with **CITY OF ROYAL OAK**, conspired to injure and oppress, by extortion, Plaintiff in the free exercise and enjoyment of rights secured to it by the Constitution and laws of the United States. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000.

> (ii) **COUNT 5.** 18 U.S.C. §242. Through its agents, **ROYAL OAK POLICE** knowingly and willingly, under color of law or ordinance or regulation, subjected Plaintiff to the deprivation of rights, privileges, and immunities secured to it by the Constitution and laws of the United States. This offense is defined as a Class A Misdemeanor, punishable by the sentence of a fine not more than $200,000.

(D) the mailing of threatening communications, in violation of:

(i) 18 U.S.C. §876(b). **COUNT 6.** Through its agents, ROYAL OAK POLICE together with CITY OF ROYAL OAK, knowingly and willingly acted with intent to extort Plaintiff for money, by causing to be delivered, by the United States Postal Service, three (3) separate communications containing threats of intention to financially injure Plaintiff, as person. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000; each, for a maximum of One million five hundred thousand dollars.

(ii) 18 U.S.C. §876(d). **COUNT 7.** Through its agents, **ROYAL OAK POLICE** together with **CITY OF ROYAL OAK,** knowingly and willingly acted with intent to extort Plaintiff for money, by causing to be delivered, by the United States Postal Service, three (3) separate communications containing threats to injure the reputation of Plaintiff, as addressee, under color of law and appearance of authority. This offense is defined as a Class E Felony, punishable by the sentence of a fine not more than $500,000; each, for a maximum of One million five hundred thousand dollars.

(E) **COUNT 8.** a conspiracy to commit offense as defined by 18 U.S.C. §371.

Whereas Plaintiff is a United States individual person and creation of the Social Security Administration, an agency of the United States, **ROYAL OAK POLICE's** multiple attempts to extort Plaintiff and obtain from it, money, under color of law, by causing to be delivered via United States mail threats to injure the commercial reputation of Plaintiff, is an act to defraud the United States SOCIAL SECURITY ADMINISTRATION. This offense is defined as a Class D Felony, punishable by the sentence of a fine not more than $500,000; each attempt, for a maximum of One million five hundred thousand dollars.

**(b) CITY OF ROYAL OAK, Defendant,** is a private, for profit, legal fiction entity, granted its delegation of authority (de facto) by STATE OF MICHIGAN; with a D-U-N-S designation of ***-**-9845. This entity operates as a government controlled corporation on Michigan land within Township 1 North Range 11 East, under the presumption of proper administration of commercial regulation, and public safety amongst the Michigan public. This entity has a substantial collaborative history with **44TH DISTRICT COURT.**

**(1) In general.**
**CITY OF ROYAL OAK** (source agency) through its agents, knowingly and willingly enabled **ROYAL OAK POLICE** to:

(A) produce or caused to be produced, by United States Post Office "First-Class" mail, on three (3) separate occasions, unconscionable proposals intended to be construed (as evidenced in subsequent actions in the conspiracy) as a binding written monetary demand for a pre determined amount; transmitted under the color of law and appearance of authority for the purpose of collecting a profit.

(B) while in the duty of public service, maintain or caused to be transmitted, personal records pertaining to Plaintiff, including photographs of personal identifiers, with **44th DISTRICT COURT** (recipient agency) without the prior written consent of the claimant, for the purpose of financially injuring and extorting Plaintiff for profit.

(2) Specifically, in accordance with UNITED STATES law, actions of this nature constitute:

(A) **COUNT 1.** an attempt of robbery and extortion under appearance of authority which violates Title 18 U.S.C. § 1951.

Through its agents, **CITY OF ROYAL OAK** intentionally obstructed and affected the movement of Plaintiff in commerce by obtaining the identifiers of the Plaintiff and causing to be forged, an unconscionable contract for profit, without Plaintiff's prior written consent, and after written rejection was expressed by Plaintiff. Through its agents, **CITY OF ROYAL OAK** with **ROYAL OAK POLICE**, knowingly and willingly conspired to commit financial injury and extortion, forcing Plaintiff into the jurisdiction of **Defendants** by causing to be produced what is intended to be represented as a threat of lawful force (as evidenced by subsequent actions of **Defendants**) which would yield financial injury and injury of Plaintiffs commercial reputation, under appearance of official right. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000.

(B) a conspiracy to defraud by mail and production of false entry, in violation of:

(1) **COUNT 2.** 18 U.S.C. §1001 "Statements or entries generally". Through its agents, **CITY OF ROYAL OAK** acting together with **ROYAL OAK POLICE**, knowingly and willingly caused to be produced a materially false representation, in writing, in order to extort Plaintiff under color of law, by production of a materially false entry which causes materially false records about Plaintiff to be publicly and consistently broadcasted, which is damaging to the reputation of the Plaintiff. This offense is defined as a Class D Felony, punishable by the sentence of a fine up to $500,000.

(2) **COUNT 3.** 18 U.S.C. §1341 "Frauds and swindles". Through its agents, **CITY OF ROYAL OAK** acting together with **ROYAL**

**OAK POLICE**, knowingly, willingly, and intentionally devised a scheme to obtain money by means of false or fraudulent pretenses and re-presentations, and placed or caused to be placed in a post office or authorized depository for mail matter, three (3) articles to be delivered by the Postal Service, addressed to Plaintiff, in furtherance of said scheme. This offense is defined as a Class C Felony, punishable by the sentence of a fine up to $500,000; each, for a maximum of One million five hundred thousand dollars.

(C) a conspiracy to violate Plaintiffs civil rights under the color of law, in violation of:

(1) **COUNT 4.** 18 USC §241. **CITY OF ROYAL OAK,** together with **ROYAL OAK POLICE**, conspired to injure and oppress, by extortion, Plaintiff in the free exercise and enjoyment of rights secured to it by the Constitution and laws of the United States. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000.

(2) **COUNT 5.** 18 U.S.C. §242. Through its agents, **CITY OF ROYAL OAK** knowingly and willingly, under color of law or ordinance or regulation, subjected Plaintiff to the deprivation of rights, privileges, and immunities secured to it by the Constitution and laws of the United States. This offense is defined as a Class A Misdemeanor, punishable by the sentence of a fine not more than $200,000.

(D) the mailing of threatening communications, in violation of:

(1) 18 U.S.C. §876(b). **COUNT 6.** Through its agents, **CITY OF ROYAL OAK** together with **ROYAL OAK POLICE**, knowingly and willingly acted with intent to extort Plaintiff for money, by causing to be delivered, by the United States Postal Service, three (3) separate communications which are threats of intention to financially injure Plaintiff, as person. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000 each, for a maximum of One million five hundred thousand dollars.

(2) 18 U.S.C. §876(d). **COUNT 7.** Through its agents, **CITY OF ROYAL OAK** together with **ROYAL OAK POLICE**, knowingly and willingly acted with intent to extort Plaintiff for money, by causing to be delivered, by the United States Postal Service, three (3) separate communications which are threats to injure the reputation of Plaintiff, as addressee, under color of law and appearance of authority. This offense is defined as a Class E Felony, punishable by the sentence of a fine not more than $500,000 each, for a maximum of One million five hundred

thousand dollars.

(E) **COUNT 8.** 18 U.S.C. §371, Conspiracy to commit offense. Whereas Plaintiff is a United States individual person and creation of the Social Security Administration, an agency of the United States, **CITY OF ROYAL OAK's** multiple attempts to extort Plaintiff and obtain from it, money, under color of law, by causing to be delivered via United States mail threats to injure the commercial reputation of Plaintiff, is an act to defraud the United States SOCIAL SECURITY ADMINISTRATION. This offense is defined as a Class D Felony, punishable by the sentence of a fine not more than $500,000 each attempt, for a maximum of One million five hundred thousand dollars.

**(c) 44TH DISTRICT COURT, Defendant,** is a private, for-profit legal fiction entity, granted its delegation of authority (de facto) by STATE OF MICHIGAN, with a D-U-N-S designation of ***-**-8666. This organization operates independently as a government controlled corporation on Michigan land within Township 1 North, Range 11 East, under the presumption public safety amongst the Michigan public. This entity has a substantial history with **CITY OF ROYAL OAK** and **ROYAL OAK POLICE.**

**(1)** In general. In concert with its agents and affiliates, including **DONALD R. CHISHOLM, TAMARA BONÉ, ROYAL OAK POLICE,** and **CITY OF ROYAL OAK, 44TH DISTRICT COURT** (source agency) knowingly and willingly acted with intent, to validate the extortion of Plaintiff by:

(A) construing a proposal to transact, to be a valid claim of injury, and using the proposal to validate a lien charged against Plaintiff, affecting Plaintiff's public reputation in commerce, all under color of law and appearance of authority; without disclosure of a legitimate bid bond (complaint) or proper service of summons and complaint (due process); and

(B) maintaining the personal records of Plaintiff with STATE OF MICHIGAN (recipient agency), without the knowledge or prior written consent of Plaintiff, and with the purpose of gaining a profit, and

(C) transmitting or causing to be transmitted by United States Postal Service, what is intended to be a monetary demand addressed to Plaintiff, affirming the prior fraudulent actions of co-conspirators for the purpose of collecting a profit, under the color of law and appearance of authority; and

(D) intentionally ignoring a written request for personal records that are maintained by **44th DISTRICT COURT,** which provision has been made for by the Administrative Procedures Act. *See Sec. 4 (d)(2)(C)(ii)*

**(2)** Specifically, the nature of these actions constitute:

(A) **COUNT 1.** an abuse of authority per 18 U.S.C. § 1951.
Through its agents, **44ᵀᴴ DISTRICT COURT** obstructed and affected the movement of the Plaintiff in commerce by validating and attempting to enforce an unconscionable contract fashioned by **CITY OF ROYAL OAK**, to knowingly and willingly scheme to commit robbery and extortion, by forcing Plaintiff into the jurisdiction of **Defendants**, without free and genuine consent, and causing to be produced what is intended to be represented as a threat of legal force, which yields financial injury and injury of reputation of Plaintiff in commerce, under appearance of official right. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000. *See Sec 4 (d)(4)(J)*

(B) a conspiracy to defraud by mail, and production of false entry, in violation of:

(i) 18 U.S.C. §1001 "Statements or entries generally". **COUNT 2.**
Through its agents, **44ᵀᴴ DISTRICT COURT** knowingly and willingly caused to be produced a materially false representation, in writing, in order to extort Plaintiff under color of law by production of a materially false entry which constitutes materially false records about Plaintiff to be publicly and consistently broadcasted, which is damaging to the reputation of Plaintiff. This offense is defined as a Class D Felony, punishable by the sentence of a fine not more than $500,000.

(ii) 18 U.S.C. §1341 "Frauds and swindles". **COUNT 3.** Through its agents, **44ᵀᴴ DISTRICT COURT** acting together with **CITY OF ROYAL OAK**, knowingly, willingly, intentionally, and materially participated in a scheme to obtain money by means of false or fraudulent pretenses and re-presentations, and placed or caused to be placed in a post office or authorized depository for mail matter, two (2) articles to be delivered by the Postal Service, addressed to Plaintiff, in furtherance of said scheme. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000 each, for a maximum of one million five hundred dollars.

(C) a conspiracy to deprive and violate Plaintiffs civil rights under the color of law, as defined by:

(i) 18 U.S.C. §241 "Conspiracy against rights". **COUNT 4. 44ᵀᴴ DISTRICT COURT**, through its agents, knowingly and willfully conspired with CITY OF ROYAL OAK to financially injure and oppress, by extortion, Plaintiff in the free exercise and enjoyment of rights secured to it by the Constitution and laws of the United States, by the actions described in Sec 4(c)(2)(A), (B), (D). This offense is defined as a Class C Felony, punishable by the sentence

of a fine not more than $500,000.

(ii) 18 U.S.C. §242 "Deprivation of rights under color of law". **COUNT 5.** Through its agents, **44TH DISTRICT COURT** knowingly and willingly, under color of law or ordinance or regulation, subjected Plaintiff to the deprivation of rights privileges and immunities secured to it by the Constitution and laws of the United States, by actions described in Sec 4(c)(2)(A), (B), (D). This offense is defined as a Class A Misdemeanor, punishable by the sentence of a fine not more than $200,000.

(D) the mailing of threatening communications, in violation of:

(i) 18 U.S.C. §876(b). **COUNT 6.** Through its agents, **44TH DISTRICT COURT** together with **CITY OF ROYAL OAK**, knowingly and willingly acted with intent to extort Plaintiff for money, by causing to be delivered, by the United States Postal Service, two (2) separate articles containing statements of intention to charge and financially injure or enforce financial injury on Plaintiff under color of law and appearance of authority. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000 each article, for a maximum of one million dollars.

(ii) §876(d). **COUNT 7.** Through its agents, **44TH DISTRICT COURT** together with CITY OF ROYAL OAK, knowingly and willingly acted with intent to extort Plaintiff for money, by causing to be delivered, by the United States Postal Office, two (2) separate articles containing threats to injure the finances and reputation of Plaintiff, as addressee, under color of law and appearance of authority. This offense is defined as a Class E Felony, punishable by the sentence of a fine not more than $500,000 each article, for a maximum of one million dollars.

(E) **COUNT 8.** a conspiracy to commit offense. 18 U.S.C. §371. Whereas Plaintiff is a UNITED STATES individual person, creation of the UNITED STATES SOCIAL SECURITY ADMINISTRATION, an agency of the United States, the **44TH DISTRICT COURT** as direct participant in conspiracy to extort Plaintiff and obtain from it, money, by causing to be delivered statements containing threats to financially injure and injure the commercial reputation of Plaintiff under color of law and appearance of authority, is an act to defraud the UNITED STATES SOCIAL SECURITY ADMINISTRATION. This offense is defined as a Class D Felony, punishable by the sentence of a fine not more than $500,000.

(F) **COUNT 9.** theft of property or records as defined by 18 U.S.C. §641.
 **44TH DISTRICT COURT**, through its agents, knowingly concealed with intent to convert for personal use or for the use of **CITY OF ROYAL OAK**, under color of law and appearance of authority, the record of Plaintiff, which is a thing of value of the SOCIAL SECURITY ADMINISTRATION of the UNITED STATES. This offense is defined as a Class C Felony, punishable by the sentence of a fine not more than $500,000.

(G) **COUNT 10.** an obstruction of proceedings as defined by 18 U.S.C. §1505. **44TH DISTRICT COURT**, through its agents, acted with intent to avoid, evade, and obstruct compliance with a civil investigative demand and willfully withheld and misrepresented records in direct reference of Plaintiff. **44TH DISTRICT COURT**, through its agents, by corrupt force of legal threat, influenced and obstructed the due and proper administration of the law. This offense is defined as a Class D Felony, punishable by the sentence of a fine not more than $500,000.

(H) **COUNT 11.** an alteration of record and process as defined by 18 U.S.C. §1506.
 **44TH DISTRICT COURT**, through its agents including **DONALD R. CHISHOLM**, and **TAMARA BONÉ**, procured to be acknowledged, and did intentionally acknowledge a recognizance and judgment in the name of Plaintiff, who was not privy or consenting to the same. This offense is defined as a Class D Felony, punishable by the sentence of a fine not more than $500,000.

(I) **COUNT 12.** validation of false and fictitious claims, as defined by 18 U.S.C. §287.
 **44TH DISTRICT COURT**, through its agents, knowingly and willingly presented to the SECRETARY OF STATE OF THE STATE OF MICHIGAN, who is in the civil service of the United States, a false or fraudulent claim of judgment against Plaintiff. This offense is defined as a Class D Felony, punishable by the sentence of a fine not more than $500,000.

(J) **COUNT 13.** violation of 18 U.S.C. §3 "Accessory after the fact".
 As documented agents of **44TH DISTRICT COURT, DONALD R CHISHOLM**, and **TAMARA BONÉ**, each, knowing that an offense against the United States has been committed (as described in Sec 4(b)(2)(B) above), received and assisted co-conspirators in the scheme to rob and extort Plaintiff, by blatant and willful non-compliance of a request for the personal records of Plaintiff by Plaintiff, in order to prevent their apprehension, trial or punishment. This offense is punishable by a fine not more than one-half of the maximum fine prescribed for punishment of the

principal; which is $250,000 per accessory for a maximum of five hundred thousand dollars.

(K) <u>COUNT 14.</u> the misprision of a felony, as described in 18 U.S.C. §4. As documented agents of **44TH DISTRICT COURT**, DONALD R CHISHOLM, and TAMARA BONÉ, each, had knowledge of the actual commission of the felony committed co-conspirators of **44TH DISTRICT COURT**, which is cognizable by a court of the United States, and did conceal such felonious act. This offense is defined as a Class E Felony, punishable by the sentence of a fine not more than $250,000 each, for a maximum of five hundred thousand dollars.

**(d)** Administrative Procedure

**(1)** On July 2nd 2024 Plaintiff drafted and deposited a document titled "NOTICE AND REQUEST OF INQUIRY" requesting the record of Plaintiff relating to the document "FINAL NOTICE" dated 6/18/2024 sent by **44TH DISTRICT COURT**. Plaintiff did not receive a response. *See Sec. 4(d)(2)(C)(ii), (d)(4)(G).*

**(2)** Events of 7/24/24.

(A) On or around the time of 1340 on July 24th 2024, Plaintiff submitted a written request to the court clerk of **44TH DISTRICT COURT**, without prejudice, for a copy of the entire written record of case file reference **23P723543OK** in the name of **TIMOTHY ANTOINE LAMITIER**. *See Sec. 4(d)(4)(G)*

(B) The clerk notified Plaintiff that copies are to be made by a specific agent of **44TH DISTRICT COURT** and that Plaintiff should expect availability of said copies by 7/26/2024. At that time, the clerk furnished a current copy of the document titled "REGISTER OF ACTIONS", which is two (2) pages in length.

(C) The aforementioned document contains suggestive notations that, collectively, were intended to be re-presented as an instrument of law. Included in the notations are:

(i) a reference for 06/17/24 that implies a date of birth was attached to the record, that the record was transmitted to SECRETARY OF STATE of the STATE OF MICHIGAN, and a "FINAL PAYMENT LETTER" mailed to Plaintiff. *See Sec. 4(d)(4)(A), (B), (F)*

(ii) a reference for 07/07/24 that implies the receipt of Plaintiff's document "NOTICE AND REQUEST OF INQUIRY", reviewed by "JUDGE K", with no action to be made, and for Plaintiffs notice to be made part of file. *See Sec. 4(d)(4)(G)*

(iii) a reference for 08/02/23 that implies a "DEFAULT JUDGMENT" was produced.

(iv) a reference for 09/21/23 that implies a "20% LATE FEE" was assessed.

(v) an implied reference to a DONALD R. CHISHOLM as JUDGE.

(vi) an implied reference to a ANGELA DORTCH as OFFICER.

(vii) implied references to fines and costs totaling seventy-eight dollars ($78).

**(3)** Events of 7/26/24.
(A) On or around the time of 1124 on 7/26/24, Plaintiff submitted a check in the amount of fifteen dollars ($15) to the court clerk of **44TH DISTRICT COURT**, without prejudice, for the copy of record, referenced in Sec. 4(d)(2)(A), set aside for Plaintiff.

(B) at that time, the court clerk of **44th DISTRICT COURT** furnished what she confirmed is intended to be re-presented as the entire record.

(C) The record furnished by the court clerk of **44th DISTRICT COURT** does not contain a judgment certified by the court.

(D) The record furnished by the court clerk of **44th DISTRICT COURT** does not contain proof of jurisdiction; specifically, absent is evidence of proper service of summons and complaint to form the basis of the action. FRCP Rule 4(a)(1)(F) and (G), requires a summons be signed by the clerk and bear the court's seal. *See Sections 4(d)(4)(G), 5(b)(c)(d).*

(E) The record furnished by the court clerk of **44th DISTRICT COURT** does not contain a pleading or any paper in a form comprehensible to Plaintiff as a complaint. *Sec Sections 4(d)(4)(G), 5(b)(c)(d).*

**(4)** Title 5 U.S.C. § 552a

**(A)** <u>**COUNT 15.**</u> Based on the actions described in subsection (3)(B), **DONALD R CHISHOLM** as employee of **44TH DISTRICT COURT**, by virtue of his official position willfully maintained a record of Plaintiff in a system of records for purposes that are not routine use as defined by 5 U.S.C. §552a (a)(7). As result of the foregoing, **DONALD R CHISHOLM** caused the material to be disclosed with another agency and

is subject to a fine not more than five thousand dollars ($5,000) per 5 U.S.C. § 552a (i)(1). *See Sec. 4(d)(2)(C)(v)*.

**(B) COUNT 16.** Based on the actions described in subsection (3)(B), **TAMARA BONÉ** as employee of **44TH DISTRICT COURT**, by virtue of her official position, willfully maintained record of Plaintiff in a system of records for purposes that are not routine use as defined by 5 U.S.C. §552a (a)(7). As result of the foregoing, **TAMARA BONÉ** caused the material to be disclosed with another agency and is subject to a fine not more than five thousand dollars ($5,000) per 5 U.S.C. § 552a (i)(1).

**(C) COUNT 17. 44TH DISTRICT COURT** knowingly and willingly obtained a record concerning Plaintiff under false pretenses and is subject to a fine not more than five thousand dollars ($5,000) Per 5 U.S.C. § 552a (i)(3). Per §552a (c), in any rebuttal, denial, or answer, **44TH DISTRICT COURT** shall clearly define their permissible purpose for the disclosure of records of Plaintiff in the alleged conspiracy to defraud Plaintiff.

**(D) COUNT 18. CITY OF ROYAL OAK** knowingly and willingly obtained a record concerning Plaintiff under false pretenses and is subject to a fine not more than five thousand dollars ($5,000) Per 5 U.S.C. § 552a (i)(3). Per §552a (c), in any rebuttal, denial, or answer, **CITY OF ROYAL OAK** shall clearly define their permissible purpose for the disclosure of records of Plaintiff in the alleged conspiracy to defraud Plaintiff.

**(E) COUNT 19. ROYAL OAK POLICE** knowingly and willingly obtained a record concerning Plaintiff under false pretenses and is subject to a fine not more than five thousand dollars ($5,000) Per 5 U.S.C. § 552a (i)(3). Per §552a (c), in any rebuttal, denial, or answer, **ROYAL OAK POLICE** shall clearly define their permissible purpose for the disclosure of records of Plaintiff in the alleged conspiracy to defraud Plaintiff.

**(F)** Plaintiff did not provide a written request or any written consent to Defendants prior to criminal action taken by **Defendants**, in violation of 5 U.S.C. §552a (b).

**(G)** 5 U.S.C. §552a (d) requires that **Defendants** shall, upon request by Plaintiff to gain access to his record or any information pertaining to it, which is contained in the system, permit it a copy made in a form comprehensible to it.

**(H)** 5 U.S.C. §552a (e)(1) requires that **Defendants** maintain in its records, only such information about Plaintiff as relevant and necessary to accomplish a <u>purpose of the agency</u> **required to be accomplished by statute** or by executive order of the President. In any rebuttal, denial, or

answer, **Defendants** shall disclose the purposes of their agency as it relate to the facts of this claim, and the corresponding statute that requires fraud, theft, and extortion.

**(I)** 5 U.S.C. §552a (e)(3) requires **Defendants** to inform Plaintiff whom it asks to supply information, on a form that can be retained by Plaintiff:

> (I) the authority which authorizes the solicitation of the information and whether such disclosure is mandatory or voluntary;

> (II) the principle purpose which the information is to be used.

> (III) the effects on Plaintiff for not providing any part of the requested information.

Plaintiff has not been informed of this information.

**(J)** 5 U.S.C. §552a (e)(5) requires **Defendants** to maintain all records which are used by the agency in <u>making a determination</u> about Plaintiff, with accuracy, relevance and completeness to <u>assure fairness</u> to the Plaintiff in the determination. In any rebuttal, denial, or answer, **44TH DISTRICT COURT** shall certify that the record disclosed to Plaintiff is accurate and complete without the inclusion of a complaint or service of process to assure fairness.

**(K)** Pursuant to 5 U.S.C. §552a (e)(9), in any rebuttal, denial, or answer, **Defendants** shall disclose the rules of conduct required to be established, for persons maintaining any record in this case, the relevant penalties for non-compliance, and the matching agreements between agencies, which maintained records of Plaintiff in the alleged conspiracy.

## Sec. 5 <u>Interpretation of Authority</u>

**(a)** The "Administrative Procedure Act" (Public Law 404-79, Ch. 324, 60 Stat. 237) Sec 5(a) states that Persons entitled to notice of an agency hearing shall be timely informed of

> (1) the time, place, and nature thereof;

> (2) the legal authority and jurisdiction under which the hearing is to be held;

> (3) the matters of fact and law asserted;

Plaintiff declares this requirement to be unsatisfied by **Defendants** in their conspiracy to defraud Plaintiff.

**(b)** The "Administrative Procedure Act" Sec 3(a) states: *"No person shall in any manner be required to resort to organization or procedure not so published"*.

**(c)** Sec 6(b) "INVESTIGATIONS" of the "Administrative Procedure Act" states (excerpt):

> *"No process, requirement of a report, inspection, or other investigative act or demand shall be issued, made, or enforced in any manner or for any purpose except as authorized by law. Every person compelled to submit data or evidence shall be entitled to retain or, on payment of lawfully prescribed costs, procure a copy or transcript thereof…"*

**(d)** Sec 9(a) "INVESTIGATIONS" of the "Administrative Procedure Act" states:

> *"No sanction shall be imposed or substantive rule or order be issued except within jurisdiction delegated to the agency and as authorized by law."*

Plaintiff declares that **44TH DISTRICT COURT** imposed sanctions against Plaintiff unauthorized by law.

**(e)** Sec 10 (a) and (e) of the "Administrative Procedure Act" defines the right of review for legal wrongs because of any agency action, and the scope of judicial review, which states:

> *"So far as necessary to decision and where presented the reviewing court shall decide all relevant questions of law, <u>interpret constitutional and statutory provisions</u>, and determine the meaning or applicability of the terms of any agency action. It shall:*
>
> *(A) compel agency action unlawfully withheld or unreasonably delayed; and*
> *(B) hold unlawful and set aside agency action, findings, and conclusions found to be*
> *(1) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;*
> *(2) contrary to constitutional right, power, privilege, or immunity;*
> *(3) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right;*
> *(4) without observance of procedure required by law;*
> *(5) unsupported by substantial evidence in any case subject to the requirements of sections 7 and 8 or otherwise reviewed on the record of an agency hearing provided by statute; or*
> *(6) unwarranted by the facts to the extent that the facts are subject to trial de novo by the reviewing court.*

*In making the foregoing determinations the court shall review the whole record or such portions thereof as may be cited by any party, and due account shall be taken of the rule of prejudicial error."*

**(f)** Article 1 Section 10 of the Constitution states *"No state shall pass any law impairing the obligation of contracts"*. Plaintiff declares this provision includes obligations required to form a valid contract.

**(g)** Article 3 Section 1 of the Constitution states: *"The judicial power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish"*. Plaintiff does not recognize any judicial authority established by **Defendants** in their charade mis-re-presented as judicial process.

**(h)** Article 4 Section 4 of the Constitution states: *"The United States shall guarantee to every State in this Union a Republican form of government, and shall protect each of them against invasion; and on Application of the Legislature…against domestic Violence."* Plaintiff declares this to define the relationship between **Defendants** as public servants and the public, and also their scope of authority beyond the realm of commerce.

**(i)** Article 6, Clauses 2, 3, and 4 of the Constitution states: *"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."*

**(j)** Amendment 5 of the Constitution states that no person shall be deprived of life, liberty, or property, without the due process of law nor shall private property be taken for public use, without just compensation. Plaintiff declares the privacy of his records were breached and taken for public use without compensation, but with an incurred liability on the Plaintiff.

**(k)** Amendment 6 of the Constitution states that in all criminal prosecutions, the accused shall be informed of the nature and cause of the accusation and to be confronted with the witnesses against it; Plaintiff declares he has not been informed of the nature and cause of the accusation against it, nor has he been given the proper opportunity to confront the witnesses against it.

**(l)** Amendment 14, Section 1 of the Constitution states: *"No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property without the due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."* The actions or omissions of **Defendants** as described in section (d) constitute a violation of due process requirements.

**(m)** Amendment 4 of the Constitution states: ***"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."*** Plaintiff declares not to have been secure in his papers and effects against the unreasonable seizure by **Defendants** without probable cause.

**(n)** Plaintiff evokes the following articles of UNIDROIT PRINCIPLES OF INTERNATIONAL COMMERCIAL CONTRACTS of 2016, for the application of judicial review:

      (1) 1.1 Freedom of Contract
      (2) 1.3 Binding Character of Contract
      (3) 1.7 Good Faith and Fair Dealing
      (4) 1.8 Inconsistent behavior
      (5) 1.10 Notice
      (6) 2.1.1 Manner of Formation
      (7) 2.1.2 Definition of offer
      (8) 2.1.5 Rejection of offer
      (9) 2.1.6 Mode of acceptance (Plaintiff requests proof of acceptance)
      (10) 2.2.2 Scope and authority of Agent
      (11) 3.2.5 Fraud
      (12) 2.1.15 Negotiations in bad faith
      (13) 3.2.7 Gross disparity
      (14) 3.2.11 Notice of Avoidance
      (15) 3.2.14 Retroactive effect of Avoidance
      (16) 3.2.15 Restitution
      (17) 3.2.16 Damages
      (18) 3.2.17 Unilateral declarations
      (19) 4.1 Intention of the parties
      (20) 4.2 Interpretation of statements
      (21) 4.6 Contra proferentum rule
      (22) 4.8 Supplying an omitted term
      (23) 5.1.2 Implied obligations
      (24) 5.3.4 Duty to preserve rights
      (25) 7.2.4 Judicial penalty
      (26) 7.4.9 Interest

**(o)**    ***"The police power of the state must be exercised in subordination to the provisions of the US Constitution"*** Bacahanan vs. Wanley, 245 US 60; Panhandle Eastern Pipeline Co. vs. State Highway Commission, 294 US 613

**(p)**    ***"For a crime to exist, there must be an [actual or intended] injured party (Corpus Delicti)."*** –Sherer v. Cullen 481 F. 2d 945 (1973)

**(q)**    **"The law requires *proof of jurisdiction* to appear on the record of the**

*administrative agency and all administrative proceedings."*
– Hagans v. Lavine, 415 U.S. 528

**(r)**   *"Any judge who does not comply with his oath to the Constitution of the United States, wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is encouraged in acts of treason"*
- Cooper v. Aaron, 358 U.S. 1, 78 S.Ct 1401 (1958)

Sec. 6 **Inspection of evidence**

   **(a) EXHIBIT A** (included)

Sometime in the year of 2024, Plaintiff received an article in form of a postcard from **44TH DISTRICT COURT** by the Postal Service, posted on 8/4/2024, and intended to be a monetary demand re-presented under color of law and appearance of authority.

     (1) As the document is unsealed, it naturally publicizes the record of Plaintiff, which contains the identifier of the record, **23P723543OK**, an address identifier, and name of Plaintiff. To a person of ordinary sensibility that may discover it, the article communicates the impression that Plaintiff is involved in criminal activity, which is a false re-presentation in fact. Upon further inspection, any establishment of binding authority suggested by the document is colorable at best.

     (2) The article submitted by **44TH DISTRICT COURT** violates the Four corners Rule which states:

        *"Under "four corners rule", <u>intention</u> of parties, especially that of grantor, is to be gathered from an instrument as a whole and <u>not from isolated parts thereof.</u>" Davis v. Andrews, Tex.Civ.App., 361 S.W.2d 419,423. (Black's Law Dictionary, 5th ed. p. 591).*

The isolated parts of the document are to be considered for reference or comment but are not substantial or legally intrinsic to the contractual intentions within the four corners of the written instrument. Although the document is a collage of ambiguous references, including references to the Plaintiff, a personal identifier reference to Plaintiff, the private address of Plaintiff, and reference to a specific amount of credit due, the document was intended to be a de jure re-presentation of law, essential to maintaining the <u>appearance of legitimacy</u> in the chain of actions which constitute fraud against Plaintiff.

     (3) Although the article was intended to a re-presentation of lawful authority, signed by **TAMARA BONÉ**, it fails to meet the requirements of MCR 1.109 (E)(4)(a), and (5).

   **(b) EXHIBIT B** (included)

On 6/27/24 Plaintiff received from the Postal Service a document titled "FINAL NOTICE" from **44TH DISTRICT COURT** dated 6/18/2024. Although the document was addressed to Plaintiff, it does not contain a complete thought which references Plaintiff,

or any reference made in a form comprehensible to it. The document does contain a personal identifier in reference to Plaintiff and, a case identifier **23P723543OK.** Plaintiff believes this document to be a key element, intended by **Defendants** to be re-presentations of law and authority, in **Defendants** conspiracy to extort Plaintiff.

**(c) EXHIBIT C** (included)
On 6/13/23 Plaintiff received from the Postal Service a document titled "CITY OF ROYAL OAK PARKING VIOLATION NOTICE" by **CITY OF ROYAL OAK** dated 6/3/2023. The document:

> (A) violates the Four corners Rule. *See Sec 6(a)(2);*
> (B) implies lawful authority to demand and collect credit from Plaintiff;
> (C) does not contain a complete thought which includes Plaintiff;
> (D) is an attempt of coercion to obtain a thing of value from Plaintiff;
> (E) is a key element in the conspiracy to defraud and extort Plaintiff;
> (F) is addressed to Plaintiff and contains personal identifiers relating to Plaintiff;
> (G) contains the identifier of the record, **23P723543.**

**(d) EXHIBIT D** (included this complaint)
On 3/3/23 Plaintiff received from the Postal Service a document titled "CITY OF ROYAL OAK PARKING VIOLATION NOTICE" by **CITY OF ROYAL OAK** dated 2/20/2023. The document:

> (A) violates the Four corners Rule. *See Sec 6(a)(2);*
> (B) implies lawful authority and intent to demand and collect credit from Plaintiff;
> (C) does not contain a complete thought which includes Plaintiff;
> (D) is an attempt of coercion to obtain a thing of value from Plaintiff;
> (E) is utilized in attempt to defraud Plaintiff for use of the public common way;
> (F) is addressed to Plaintiff and contains personal identifiers of Plaintiff; and
> (G) contains the identifier of the record, **23P578964.**

**(e) EXHIBIT E** (included this complaint)
On 8/2/24 Plaintiff received from the Postal Service a document titled "CITY OF ROYAL OAK PARKING VIOLATION NOTICE" by **CITY OF ROYAL OAK** dated 7/20/2024. The document:

> (A) violates the Four corners Rule. *See Sec. 6(a)(2);*
> (B) implies lawful authority and intent to demand and collect credit from Plaintiff;
> (C) does not contain a complete thought which includes Plaintiff;
> (D) is an attempt of coercion to obtain a thing of value from Plaintiff;
> (E) is utilized in attempt to defraud Plaintiff for use of the public common way;
> (F) is addressed to Plaintiff and contains personal identifiers of Plaintiff; and
> (G) contains the identifier of the record, **24P172443.**

## Sec. 7 <u>Definitions</u>

(1) the term "complaint" also means a claim, or a bond.

(2) the term "Plaintiff" also means claimant.

(3) the term "agency" means agency as defined in 5 U.S.C. §552(f)

(4) the term "person" means person as defined in Sec.2(b) of the "Administrative Procedure Act"

(5) words used in the singular also apply to the plural, and vice-versa, where appropriate; per MCR 1.107

(6) De facto court. *"One established, organized, and exercising its judicial functions under authority of a statute apparently valid, though such statute may be in fact unconstitutional and may be afterwards so adjudged; or a court acting under the authority of a de facto government."* – BLACKS LAW DICTIONARY SIXTH EDITION

(7) Presumption. *"A presumption means that the trier of fact must find the existence of the fact presumed unless and until evidence is introduced which would support a finding of its non-existence."* - U.C.C. § 1-201(31).

(8) Summons. *"Instrument used to commence a civil action or special proceeding and is a means of acquiring juris diction over a party."* - In re Dell, 56 Misc.2d 1017, 290 N.Y.S.2d 287, 289.

(9) Four corners. *"The face of a written instrument."* – BLACKS LAW DICTIONARY, SIXTH EDITION

(10) Sui juris. *"Of his own right; possessing full social and civil rights; not under any legal disability, or the power of another, or guardianship."* – BLACKS LAW DICTIONARY SIXTH EDITION

## Sec. 8 Relief

Pursuant to **FRCP Rule 8(e)**, **Defendants** are equally and severally liable and Plaintiff demands relief in form of compensation for:

(1) special or punitive damages, for **Defendants** violations of rights secured to Plaintiff by the laws of the UNITED STATES, in amounts consistent with the respective criminal fine of each violation **COUNT**, predetermined by 18 U.S.C. § 3571, and as described in:

(A) Sec. 4(a)(2), for six million seven hundred thousand dollars ($6,700,000.00); and

(B) Sec. 4(b)(2), for six million seven hundred thousand dollars ($6,700,000.00); and

(C) Sec. 4(c)(2), for nine million seven hundred thousand dollars ($9,700,000.00); and

(D) Sec. 4(d)(4), for twenty five thousand dollars ($25,000.00); and

(2) actual damages of $1000, together with the total cost of action, per 5 U.S.C. §552a (g)(4), including cost of collection;

**(3)** for a nominal total liability of twenty three million one hundred twenty-six thousand dollars (**$23,126,000.00**); in form of a judgment granting Plaintiff status as secured party in a lien against **Defendants'** telecommunication, transportation, and other assets (which are acquired in part by similar fraudulent activity) specifically:

(1) all automobiles or other assets maintained as motor vehicles; and
(2) all bicycles and motorcycles; and
(3) all modems and wireless signal boosters, broadcasters or receivers; and
(4) all telephones, smartphones, fax machines; and
(5) all metal detectors; and
(6) all employee nameplates, or badges with identifiers, or photos, that display the word **TUEBOR** or any resemblance to the Michigan coat of arms, or any display that implies association with the Michigan state, while operating in commerce; and
(7) if necessary for satisfaction, any remaining assets or things of value owned by **Defendants**;

where such property is located within the Eastern district while this action is pending.

**(4)** Plaintiff also demands the scope of judicial review as defined in Sec 10(a) and (e) of the Administrative Procedure Act. *See Sec 5(e)*

**Sec. 9 <u>Certification</u>** (28 U.S.C. § 1746)

  I, TIMOTHY ANTOINE LAMITIER, do affirm and declare that the foregoing, including the accuracy of labeled copies of written instruments as exhibits, is true and correct to the best of my knowledge and belief. Executed on:

8/7/24

TIMOTHY ANTOINE LAMITIER, without prejudice

**Sec. 10 <u>Jurat</u>**

Affirmed on this _7_ day of August, 2024, in the Michigan state before me,

Samantha A. Cunningham _____ a Notary Public, appeared the living man known to the public as TIMOTHY ANTOINE LAMITIER, who is known to me, and he was duly sworn without the contracted UNITED STATES, and did depose and autograph this "~~AFFIDAVIT OF TRUTH~~" to the UNITED STATES DISTRICT COURT OF MICHIGAN EASTERN DISTRICT.  "CLAIM OF TORTIOUS INTERFERENCE"

Notary Signature

My commission expires on __01·01·2028__

SAMANTHA A CUNNINGHAM
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires Jan. 01, 2028
Acting in the County of Wayne

# EXHIBIT A

The images below are photocopies of evidence as referenced in **"CLAIM OF TORTIOUS INTERFERENCE"** Sec. 6(a). The private address of Plaintiff is redacted.

**SIDE 1**

| DEFAULT JUDGMENT<br>Civil Infraction | |
|---|---|
| Case Number | 23P723543   OK |
| Infraction Date | 6/02/23 |
| Civil Infraction | OVERTIME-MPS |
| | |
| Vehicle Plate No. | RFNA183 MI |
| Appearance Date | Default/Judgment Date* |
| 7/26/23 | 8/02/23 |
| **AMOUNT OF JUDGMENT** | |
| Fines | $   20.00 |
| Costs | $   45.00 |
| State Costs | $ |
| | $ |
| | |
| Total | $   65.00 |
| Bond Forfeited | $ |
| Balance Due | $   65.00 |

**44TH DISTRICT COURT**
P.O. BOX 20
400 E. ELEVEN MILE RD
ROYAL OAK, MI 48068

LAMITIER/TIMOTHY/ANTOINE

A-2

**SIDE 2**

Approved, SCAO        Original - Court    Copy - Defendant

| **STATE OF MICHIGAN**<br>**44TH JUDICIAL DISTRICT** | **DEFAULT JUDGMENT**<br>**Civil Infraction** | **Court Telephone No.**<br>**(248) 246-3600** |
|---|---|---|

The ☐ State  ☐ Twp.  ☒ City  ☐ Village  of:  **ROYAL OAK / BERKLEY**

v  Defendant (name and address printed on other side)

**DEFAULT ENTRY**   I certify that the

1. defendant has not made a scheduled appearance or answered a citation within time allowed by statute.
2. defendant is not in the military service, or is in the military service but received notice and adequate time and opportunity to appear and defend.
3. default is entered against the defendant.

**DEFAULT JUDGMENT** is entered in the amount stated on the other side.

Return this notice with payment in the amount of the judgment stated on the other side of this form. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown. **Fines, costs, and fees not paid within 56 days of the default judgment date are subject to a 20% late penalty on the amount owed. If you are not able to pay due to financial hardship, contact the court immediately to request a payment alternative.**

**CERTIFICATE OF SERVICE:** I certify that on this date I served a copy of this judgment on the defendant by first-class mail addressed to his/her last-known address as defined by MCR 2.107(C)(3). I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

Date of Default/Judgment* _____        **TAMARA BONÉ**
Date of entry and mailing                          Clerk/Deputy clerk/Magistrate

**NOTICE:** You may be able to have the default judgment set aside by filing a motion (form CIA 04) within 14 days of the mailing date. You must post a cash bond equal to the total fines and costs noted when filing this motion.

CIA 07   (8/21)   **DEFAULT JUDGMENT, Civil Infraction**                MCR 1.110, MCR 4.101(B), (D)

# EXHIBIT B
# Sec. 6(b)

```
                    44TH District Court
                    400 E. 11 MILE ROAD
                    ROYAL OAK, MI   48068
                    (248) 246-3600
```

LAMITIER/TIMOTHY/ANTOINE                              DOB: ##/##/##90

| CASE NO. | TYPE | COUNTS | CURRENT CHARGE | ASSESSMENTS | BALANCE DUE |
|---|---|---|---|---|---|
| 23P723543 | OK | 01 | OVERTIME-MPS | 78.00 | 78.00 |
| | | | Total Assessments | 78.00 | Total Due 78.00 |

****************** END OF INQUIRY ***** 06/18/2024 03:38 PM ******************

PAYMENT DUE IMMEDIATELY

Payments can be made:

1. In person, by cash, credit/debit card, or money order at the address above between the hours of 8:00 a.m. and 4:15 p.m. (Note: if you use your credit/debit card in person, there will be a service fee added to your transaction.
2. By mailing a money order or certified check, made payable to the 44th District Court, to the address above.
3. By going online and using your credit/debit card. Go to www.allpaid.com and follow the instructions. The Pay Location Code (PLC) is 3031. Service fees will apply.
4. By calling 1-888-604-7888 and using your credit/debit card. The Pay Location Code (PLC) is 3031. Service fees will apply.

CITY OF ROYAL OAK
**PARKING VIOLATION NOTICE**

Received
6/13/2023





# EXHIBIT C

LB003846 4 2 487
TIMOTHY A LAMITIER

Sec. 6(c)



| AMOUNT DUE | $20.00 |
|---|---|
| CITATION NUMBER | 23P723543 |
| PLATE / STATE | RENA1SS / MI |

— — — — — ✂ — — — *Cut here and include top half in envelope if paying by check* — — — ✂ — — — — —

**PARKING VIOLATION NOTICE**
**You are hereby notified you have violated a section of the uniform traffic code by parking your vehicle illegally.**

PAYMENTS

**ONLINE:** https://allpaid.com    Keyword/PLC #: 3031
**BY MAIL:** Send check or money order payable to:
44th District Court - Parking Bureau, PO Box 20, Royal Oak, MI 48068
Please print the citation number on the check. DO NOT MAIL CASH!
**IN PERSON:** 400 E. Eleven Mile Rd., Royal Oak, MI 48067
Mon-Fri 8:00AM-4:30PM
**DROP BOX:** Place citation with payments in an envelope and drop in the drop boxes located at Royal Oak City Hall or the Court.
**LATE FEES WILL BE ASSESSED IF NOT PAID WITHIN 30 DAYS FROM DATE OF ISSUANCE**

**CONTESTING A CITATION**

**To contest the citation, contact the:**
44th District Court. 400 E. Eleven Mile Rd., Royal Oak, MI 48067
Mon-Thu 8:00AM-4:30PM / Fri 8:00AM-12:00PM **Telephone: (248)246-3600**

**DO NOT PAY THE CITATION IF YOU ARE CONTESTING IT.**

If you were issued a yellow free-parking sticker in conjunction with a disability placard or license plate from the Secretary of State at the time of this violation, please be prepared to provide documentation and contact the Royal Oak Police Department Parking Manager at (248)246-3417.

**SENTRY** MOBILE

**AVOIDING A CITATION IN THE FUTURE IS EASY!**

If you would like more information about the multiple ways to pay for your parking session and avoid a citation or if you just want more information about our new parking system, please visit www.romi.gov/parking

Have questions? We want to hear from you. Please use this form at www.romi.gov/parkingquestion

Please take a minute to download the new Sentry Mobile app. This app will allow you to take advantage of touch free parking, assist you in locating an open parking space, and allow you to receive notifications regarding your parking session. Download the app today by scanning the QR code to the right.



Violation Details



| | |
|---|---|
| Address | 212 S CENTER ST |
| Spot | 604 |
| Offense | Overtime At Meter |
| Total payment made | $0.00 |
| Purchased time | 0 |
| Total time parked | 00:18:00 |
| Parked at | 2023-06-02 11:28 pm EDT |
| Exited at | 2023-06-02 11:46 pm EDT |
| Vehicle make | BUICK |
| Vehicle model | REGAL |
| Date of Issuance | 2023-06-03 |



Received 3/3/23
@ 1624

**CITY OF ROYAL OAK**
**PARKING VIOLATION NOTICE**

# EXHIBIT D
# Sec. 6(d)



LB003444 1 1 377
377 1 SP 0.600
TIMOTHY A LAMITIER

ılı||ı|||ıılı||ılı|ıı|ı||ılıı

| | |
|---|---|
| AMOUNT DUE | $20.00 |
| CITATION NUMBER | 23P578964 |
| PLATE / STATE | RENACI / MI |

— — — — — —✕— — — — Cut here and include top half in envelope if paying by check — — — —✕— — — — — — — — —

**PARKING VIOLATION NOTICE**
### You are hereby notified you have violated a section of the uniform traffic code by parking your vehicle illegally.

**PAYMENTS**

**ONLINE:** https://allpaid.com    Keyword/PLC #: 3031
**BY MAIL:** Send check or money order payable to:
44th District Court - Parking Bureau, PO Box 20, Royal Oak, MI 48068
Please print the citation number on the check. DO NOT MAIL CASH!
**IN PERSON:** 400 E. Eleven Mile Rd., Royal Oak, MI 48067
Mon-Fri 8:00AM-4:30PM
**DROP BOX:** Place citation with payments in an envelope and drop in the
drop boxes located at Royal Oak City Hall or the Court.
### LATE FEES WILL BE ASSESSED IF NOT PAID WITHIN 30 DAYS FROM DATE OF ISSUANCE

**CONTESTING A CITATION**

**To contest the citation, contact the:**
44th District Court, 400 E. Eleven Mile Rd., Royal Oak, MI 48067
Mon-Thu 8:00AM-4:30PM / Fri 8:00AM-12:00PM **Telephone: (248)246-3600**

**DO NOT PAY THE CITATION IF YOU ARE CONTESTING IT.**

If you were issued a yellow free-parking sticker in conjunction with a disability placard or license plate from the Secretary of State at the time of this violation, please be prepared to provide documentation and contact the Royal Oak Police Department Parking Manager at (248)246-3417.

**SENTRY** MOBILE

### AVOIDING A CITATION IN THE FUTURE IS EASY!

If you would like more information about the multiple ways to pay for your parking session and avoid a citation or if you just want more information about our new parking system, please visit www.romi.gov/parking

Have questions? We want to hear from you. Please use this form at www.romi.gov/parkingquestion

Please take a minute to download the new Sentry Mobile app. This app will allow you to take advantage of touch free parking, assist you in locating an open parking space, and allow you to receive notifications regarding your parking session. Download the app today by scanning the QR code to the right.



Violation Details

| | |
|---|---|
| Address | 200 W SECOND ST |
| Spot | 318 |
| Offense | Overtime At Meter |
| Total payment made | $0.00 |
| Purchased time | 0 |
| Total time parked | 00:12:30 |
| Parked at | 2023-02-17 05:38 pm EST |
| Exited at | 2023-02-17 05:50 pm EST |
| Vehicle make | FORD |
| Vehicle model | MUSTANG |
| Date of Issuance | 2023-02-20 |







**PARKING VIOLATION NOTICE**



RECIEVED 8/2/2024

REJECTED FOR FRAUD

MUNICIPAL PARKING SERVICES
12450 WAYZATA BLVD STE 200
MINNETONKA MN 55305-1927

# EXHIBIT E

## Sec. 6(e)

LB005140 5 2 499
TIMOTHY A LAMITIER



| | |
|---|---|
| AMOUNT DUE | $20.00 |
| CITATION NUMBER | 24P172443 |
| PLATE / STATE | RENA1SS / MI |

— — — — ✂ — — — — Cut here and include top half in envelope if paying by check — — — ✂ — — — — — — — —

**PARKING VIOLATION NOTICE**

**You are hereby notified you have violated a section of the uniform traffic code by parking your vehicle illegally.**

### PAYMENTS

ONLINE: https://allpaid.com     Keyword/PLC #: 3031

Y MAIL: Send check or money order payable to:

4th District Court - Parking Bureau, PO Box 20, Royal Oak, MI 48068
lease print the citation number on the check. DO NOT MAIL CASH!

N PERSON: 400 E. Eleven Mile Rd., Royal Oak, MI 48067
lon-Fri 8:00AM-4:30PM

ROP BOX: Place citation with payments in an envelope and drop in the
rop boxes located at Royal Oak City Hall or the Court.

**LATE FEES WILL BE ASSESSED IF NOT PAID WITHIN 30 DAYS FROM
DATE OF ISSUANCE**

### CONTESTING A CITATION

**To contest the citation, contact the:**

44th District Court, 400 E. Eleven Mile Rd., Royal Oak, MI 48067
Mon-Thu 8:00AM-4:30PM / Fri 8:00AM-12:00PM **Telephone: (248)246-3600**

**DO NOT PAY THE CITATION IF YOU ARE CONTESTING IT.**

If you were issued a yellow free-parking sticker in conjunction with a disability
placard or license plate from the Secretary of State at the time of this violation
please be prepared to provide documentation and contact the Royal Oak
Police Department Parking Manager at (248)246-3417.

**SENTRY**
MOBILE

### AVOIDING A CITATION IN THE FUTURE IS EASY!

you would like more information about the multiple ways to pay for your parking session and avoid a citation or if you just want
lore information about our new parking system, please visit www.romi.gov/parking

ave questions? We want to hear from you. Please use this form at www.romi.gov/parkingquestion

lease take a minute to download the new Sentry Mobile app. This app will allow you to take advantage of touch free parking, assist
ou in locating an open parking space, and allow you to receive notifications regarding your parking session. Download the app
iday by scanning the QR code to the right.



Violation Details



| | |
|---|---|
| Address | 200 W SECOND ST |
| Spot | 323 |
| Offense | Overtime At Meter |
| Total payment made | $0.00 |
| Purchased time | 0:00:00 |
| Total time parked | 00:17:51 |
| Parked at | 2024-07-20 11:13 pm EDT |
| Exited at | 2024-07-20 11:31 pm EDT |
| Vehicle make | BUICK |
| Vehicle model | REGAL |
| Date of Issuance | 2024-07-24 |







# EXHIBIT F

The image below is a photocopy of the "REQUEST FOR SPECIFIC RECORD"
as given to the court clerk of 44TH DISTRICT COURT.

REQUEST FOR SPECIFIC RECORD

TIMOTHY ANTOINE LAMITTER REQUESTS
A PHYSICAL COPY OF CASE FILE
"#23P7235430K"

IN ITS ENTIRETY.

by: _[signature]_  without prejudice  7/24/24
Holder

# EXHIBIT G

The image below is a photocopy of the receipt provided by **44TH DISTRICT COURT** as evidence of credit given to the same by Plaintiff.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: **WAYNE**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

TIMOTHY ANTOINE LAMITIER (*pro se*)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
c/o PO BOX 4510 Troy, Michigan 48099
313-960-2132

### DEFENDANTS CITY OF ROYAL OAK et al.

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)* **NICCHOLAS GROCHOWSKI**
248-246-3240
Niccolas.grochowski@romi.gov

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For*

Citizen of

Case: 2:24-cv-12105
Assigned To : McMillion, Brandy R.
Referral Judge: Patti, Anthony P.
Assign. Date : 8/12/2024
Description: CMP LAMITIER V. CITY OF ROYAL OAK ET AL (DA

Citizen of

Citizen or
Foreign Country

EF ]4
]5
]6

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 340 Marine / Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product / Liability | | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | Liability / **PERSONAL PROPERTY** | **LABOR** | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 380 Other Personal | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 360 Other Personal / Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | Injury / ☐ 385 Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - / Product Liability | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | Medical Malpractice | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☒ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | | |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | Accommodations / ☐ 535 Death Penalty | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / **Other:** | **IMMIGRATION** | | |
| | Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | Other / ☐ 555 Prison Condition | | | |
| | ☐ 448 Education / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: **5 U.S.C. 552a**

Brief description of cause: **TORTIOUS INTERFERENCE, FRAUD, EXTORTION**

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **23,126,000.00**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE **8/12/2024**

SIGNATURE OF ATTORNEY OF RECORD _____ *without prejudice*

### FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1.          Is this a case that has been previously dismissed?          ☐ Yes

            If yes, give the following information:                      ☒ No

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other      ☐ Yes
            court, including state court? (Companion cases are matters in which  ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

            If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :